UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER MICHAEL LeCLAIRE                                              PLAINTIFF

v.                              No. 2:22-cv-02131

DEPUTY RICHARD DYER,
Crawford County Sheriff's Department;
DEPUTY BRANDON CHANCEY,
Crawford County Sheriff's Department                                      DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from United States Chief Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. On preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that the case be stayed under *Younger v. Harris*, 401 U.S. 37 (1971), due to Plaintiff's ongoing state court criminal proceedings. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is STAYED and ADMINISTRATIVELY TERMINATED pending resolution of the state court criminal proceedings against Plaintiff. Plaintiff may move to reopen this case and continue with his claims upon final resolution of the state court criminal proceedings. Plaintiff must also provide notice to the Court upon final resolution of the state court criminal proceedings.

IT IS SO ORDERED this 13th day of September, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE