UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER MICHAEL LeCLAIRE                                                               PLAINTIFF

v.                                              No. 2:22-cv-2131

DEPUTY RICHARD DYER,
Crawford County Sheriff's Department;
DEPUTY BRANDON CHANCEY,
Crawford County Sheriff's Department;
BRIAN TEJADA,
Parole Officer Sebastian County                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 22) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends that Defendant Brian Tejada's motion (Doc. 17) to dismiss be granted in part and denied in part. In particular, he recommends that Plaintiff's claims against Defendant Tejada be dismissed for failure to state a claim, on the grounds of sovereign immunity and qualified immunity. However, the Magistrate Judge also recommends denying Defendant Tejada's request that a "strike" issue against Plaintiff under 28 U.S.C. § 1915(g). The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Brian Tejada's motion (Doc. 17) to dismiss is GRANTED IN PART AND DENIED IN PART. Plaintiff's claims against Defendant Tejada are DISMISSED WITHOUT PREJUDICE. No strike will issue under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 22nd day of June, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE