UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER MICHAEL LeCLAIRE                                                    PLAINTIFF

v.                                       No. 2:22-cv-2131

DEPUTY RICHARD DYER,
Crawford County Sheriff's Department; and
DEPUTY BRANDON CHANCEY,
Crawford County Sheriff's Department                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 51) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends granting the motion for summary judgment (Doc. 41) filed by Defendants Dyer and Chancey, and that Plaintiff's claims against them be dismissed with prejudice. No objections have been filed, and the deadline for objections has passed. The Court has conducted a *de novo* review of the report and recommendation and of the record in this case, *see* 28 U.S.C. § 636(b)(1)(C), and agrees with the Magistrate Judge. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion for summary judgment (Doc. 41) filed by Defendants Dyer and Chancey is GRANTED, and all claims against them are DISMISSED WITH PREJUDICE. As no claims remain pending in this case, judgment will be entered contemporaneously with this order.

IT IS SO ORDERED this 4th day of March, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE